**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 19-6619**

EVERTON MINOTT,

       Petitioner - Appellant,

    v.

TRAVIS BRAGG, Warden, FCI Bennettsville,

       Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Timothy M. Cain, District Judge.  (0:18-cv-02561-TMC)

Submitted:  September 24, 2019          Decided:  September 27, 2019

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Everton Minott, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Everton Minott, a federal prisoner, appeals the district court's order accepting as modified the recommendation of the magistrate judge and dismissing Minott's 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Minott v. Bragg*, No. 0:18-cv-02561-TMC (D.S.C. Apr. 18, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
